NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**

*Appellant*

**v.**

**SCRAMOGE TECHNOLOGY LTD.,**

*Cross-Appellant*

---

2024-1002, 24-1026

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00350.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

2                          APPLE INC. V. SCRAMOGE TECHNOLOGY LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

December 19, 2023
      Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 19, 2023